Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jennifer Joseph
Assistant Federal Public Defender
New York State Bar No. 5500038
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jennifer_Joseph@fd.org

*Attorney for Petitioner Eddiel Acosta Diaz De La Serna

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eddiel Acosta Diaz De La Serna,<br><br>     Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>    Respondents. | Case No. 2:26-cv-00238-APG-DJA<br><br>**ORDER GRANTING**<br><br>**Petitioner's Motion for Extension of Time to File First Amended Petition**<br><br>**(First Request)** |

Petitioner, through this undersigned counsel, hereby requests that the court extend the due date for Petitioner's first amended petition by one week, up to and including March 3, 2026. This is the first request for an extension of time.

**POINTS AND AUTHORITIES**

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 2, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on February 3, 2026.[2] Undersigned counsel appeared on February 10, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of entry of the order.[4] Therefore, Petitioner's amended petition is due on February 24, 2026. For the reasons explained below, Petitioner's request a modest one-week extension of time for Petitioner to file his amended petition.

Here, good cause exists for an extension of time. Since appearing February 10, 2026, counsel for Petitioner has been diligently working on gathering the information necessary to complete the amended petition. Counsel had a virtual legal visit with Petitioner on February 12, 2026. After working hours on Friday, February 20, 2026, counsel received important documents from Petitioner in the mail; counsel needs additional time to review and incorporate these documents into the amended petition. Additionally, counsel will be traveling out of town for another case on February 23 to February 26, 2026. This one-week extension will allow counsel to thoroughly complete the amended petition while also taking into consideration her other case obligations.

Pursuant to this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, Virginia Tomova, on February 23, 2026, to confer

---

[1] ECF No. 1.

[2] ECF No. 4.

[3] ECF No. 8, 9.

[4] ECF No. 4 at 2.

about the request for an extension. Counsel for the Respondents has not responded at the time of this filing.

This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petition.

Dated February 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jennifer Joseph*

Jennifer Joseph
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:___February 26, 2026_____

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3