**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDDIEL ACOSTA DIAZ LA SERNA,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-00238-APG-DJA

**Order to Release Petitioner**

On September 2, 2026, I granted in part petitioner Eddiel Acosta La Serna's second amended petition for habeas corpus. ECF No. 34. I set a September 8, 2026 deadline for ICE to conduct a custody review under 8 C.F.R. § 241.4 that does not rely on § 1231(a)(1)(C) to deny his release. *Id.* at 17. I also set a September 10, 2026 deadline for the government to provide La Serna with notice of its intent to remove him to Mexico or any other third country. *Id.* "That notice must provide La Serna with written notice of the country being designated and the statutory basis for the designation. The notice also must ask La Serna whether he fears persecution or harm upon removal to the third country, and his response must be memorialized in a writing signed by La Serna." *Id.* I ordered that if "La Serna expresses a fear of persecution or harm upon removal to the identified third country, then DHS must inform him that he may seek asylum, withholding, and relief under the CAT by filing a motion to reopen with the immigration court." *Id.* Finally, I set a September 16, 2026 for La Serna to file a motion to reopen to challenge the government's third-country removal designation and/or apply for asylum, withholding, and relief under the CAT if he intends to raise a fear-based claim. *Id.*

La Serna moved for me to enforce my order, and I ordered the respondents to respond by 11:00 a.m. today. ECF Nos. 35; 36. The respondents have responded by conceding they failed to

follow my order because they did not conduct a custody review. ECF No. 41 at 1. Additionally, I ordered that the notice of third country removal must ask La Serna whether he fears persecution or harm upon removal to the third country, and his response must be memorialized in a writing signed by La Serna. That did not happen either. ECF No. 41-1 at 2. I previously indicated that "[i]f the government does not show full compliance, I will order La Serna's release." ECF No. 37 at 2. The government did not comply at all, so I order his immediate release.

I THEREFORE ORDER respondent John Mattos and the Federal Respondents to **make all reasonable efforts to release petitioner Eddiel Acosta Diaz La Serna from the custody of the Nevada Southern Detention Center today (Friday, September 18, 2026) no later than 1:00 p.m., but no later than Monday, September 21, 2026 at 1:00 p.m.** The respondents must transport La Serna to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise La Serna's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

I FURTHER ORDER that the respondents return all of La Serna's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain La Serna without conducting a pre-deprivation, individualized custody review and without complying with my order regarding the process he is due in relation to any attempt a third-country removal.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE