**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDDIEL ACOSTA DIAZ LA SERNA,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-00238-APG-DJA

**Order Denying Motion for Reconsideration as Moot**

[ECF No. 36]

I ORDER that petitioner Eddiel Acosta La Serna's motion for reconsideration **(ECF No. 36) is DENIED as moot** because I have already ordered his release. *See* ECF No. 42.

DATED this 5th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE